

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. D. | |
| Plaintiff, | Civil Action No.  25-cv-02581-BJC-JLB |
| V. | |
| See Attachement, | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Accordingly, the Court ORDERS:

1. The motion for a temporary restraining order is DENIED.
2. The Petition for a Writ of Habeas Corpus is DENIED.


Date:      10/22/25

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  D. Martinez
                                           D. Martinez, Deputy

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

Civil Action No. 25-cv-02581-BJC-JLB

Defendants: Chistopher J. Larose, Senior Warden, Otay Mesa Detention Center; Gregory J. Archambeault, Acting Field Office Director Of San Diego Office Of Detention And Removal, U.s. Immigrations and Customs Enforcement; U.S. Department Of Homeland Security; Todd M. Lyons, Acting Director, Immigration And Customs Enforcement, U.s. Department Of Homeland Security; Kristi Noem, In Her Official Capacity, Secretary, U.s. Department Of Homeland Security; and Pamela Bondi, In Her Official Capacity, Attorney General Of The United States;